JAMES SHARKEY ET AL., RESPONDENTS, v. HERMAN BROTHERS, INCORPORATED, APPELLANT.

Submitted May 29, 1925—Decided September 11, 1925.

On appeal from the Supreme Court, whose *per curiam* is printed in 3 *N. J. Mis. R.* 126.

For the appellant, *Frank G. Turner.*

For the respondents, *Richard Doherty.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—TRENCHARD, MINTURN, KALISCH, BLACK, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, MC-GLENNON, KAYS, JJ. 11.

*For reversal*—None.